John H. GAGE, respt., v. Richard BEWLEY et al., applts. (Supreme Court, Appellate Division, Fourth Department. October 20, 1916.) Judgment and order (160 N. Y. Supp. 1111) affirmed, with costs. All concur.

GENERAL FIREPROOFING COMPANY, applt., v. KEEPSDRY CONSTRUCTION COMPANY et al., New York State National Bank, Albany, and People of the State of New York, respts. (Supreme Court, Appellate Division, Third Department. September 15, 1916.) Motion denied. Lyon and Howard JJ., dissent.

Peter GENTILE, respt., v. S. V. R. MALCOLM and one, applts. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Judgment and order affirmed, with costs. All concur.

In the Matter of James M. GIFFORD. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Proceeding dismissed. Settle order on notice.

Laura A. GILCHRIST, respt., v. Seneca R. STODDARD and others, applts. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Motion granted, unless the appellant within 20 days takes proper action to perfect his appeal, in which case motion is denied.

Frank GILHOOLEY, respt., v. Henry P. BURGARD, applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Judgment and order reversed, with costs and complaint dismissed, with costs, on the ground that the plaintiff failed to show actionable negligence. All concur.

Georgianna GILMORE, applt., v. William K. HARVEY, as exec'r, etc., respt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Judgment affirmed, with costs. All concur; De Angelis, J., not sitting.

In the matter of the claim of Eugenie GLATZL, on behalf of herself, etc., for compensation arising out of the death of Franz Glatzl, deceased, and State Industrial Commission, respts., v. G. E. M. STUMPP, employer, and Standard Accident Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. September 13, 1916.) Motion denied.

Henry GLICKMAN, Respt., v. NEW YORK, ONTARIO & WESTERN RY. CO., Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order reversed, with $10 costs and disbursements, and motion granted. No opinion. Order filed.

Eldon P. GODFREY, an infant, etc., respt., v. Leon G. SIMPSON, applt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Judgment and order affirmed, with costs. All concur.

Manuel GOLDBERG v. JAMESTOWN MANTEL CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted, with $10 costs. Order filed.

Harris GOODMAN, appellant, v. William N. WALDEN, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, on condition that appellant perfect his appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Florence R. GORDON v. William S. GORDON. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to dismiss appeal granted with $10 costs. Order filed.

William S. GOTSHALL, Plaintiff, v. PENNSYLVANIA RAILROAD COMPANY, Defendant. (Supreme Court, Appellate Division, Fourth Department. December 1915.) Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred.

Edward J. GRANNIS v. Charles R. TEMPLE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.

Luther P. GRAVES, et al., respts., v. J. Stewart BURNS, et al., applts. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Appeal dismissed, without costs, upon stipulation filed.

William C. GRAY, as receiver, etc., applt., v. Otto C. HEINZE et al., respts. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment affirmed, with costs. All concur, except Kruse, P. J., who dissents upon the ground that there was a misappropriation of the funds of the railroad company by the defendants Heinze and Schultze, and that the other defendants knew, or in the exercise of reasonably active discharge of their duties should have had knowledge, of such wrongful use and have prevented the same.

Frederick W. GRAY, applt., v. NEW YORK STATE RAILWAYS, respt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Appeal dismissed, without costs, upon stipulation filed.

Carmine GRECO, appellant, v. LONG ISLAND RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied.

In the matter of the petition of George E. GREEN, as State Commissioner of Excise, appellant, for an order revoking and canceling Liquor Tax Certificate No. 11041, issued to Albert GRAHAM, respondent. (Supreme Court, Appellate Division, Second Department. Oc-